# UNITED STATES DISTRICT COURT
## District of Minnesota

Kikham Sayaphet

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01621-LMP-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Kikham S.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Kikham S. from custody by no later than 5:00 p.m. on Friday, March 13, 2026, subject to the conditions in his preexisting Order of Supervision (ECF No. 5-6); and
3. The Government is ORDERED to provide the Court with a status update concerning Kikham S.'s release by no later than Monday, March 16, 2026.

Date: 3/11/2026

KATE M. FOGARTY, CLERK